```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
IN RE:                              Case #:

BHUPINDER SINGH ATWAL
                                    CHAPTER 13 PLAN
                 Debtor
----------------------------------X
```

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee as follows OVER A TERM OF THIRTY-SIX (36) MONTHS as follows: $1000.00 PER MONTH FOR 36 MONTHS.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all ALLOWED claims entitled to priority under 11 U.S.C. Section 507:

(i) Trustee Commission of 10%; (ii) Richard Feinsilver - $2500.00

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

TD BANK AND MELROSE CREDIT UNION - To be paid outside of the Plan.

DEBTOR SHALL PAY POST PETITION AUTO AND TAXI PAYMENTS OUTSIDE OF THE PLAN

[c] At the discretion of the Trustee, either subsequent to, or pro-rata with, dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro-rata distribution to all timely filed proofs of claim AS FOLLOWS:

Unsecured creditors, as a class, are to receive 100% of any allowed amount claimed.

3. The following executory contracts and leases of the debtor are rejected: None.

4. Other Provisions:

Title to the debtor's property shall revest in the debtor upon confirmation of a plan.

Throughout the term of this plan, debtor agrees that it will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

```
Dated: April 13, 2017                          s/Bhupinder Singh Atwal
                                               _____
                                               Debtor


                                               _____
                                               Debtor

s/Richard S. Feinsilver
_____
Debtor's Attorney
```